UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABUKAR ABDULLE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ROBERT SILLEN, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-07065-VC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: Dkt. No. 9 |

　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Jon S. Tigar for consideration of whether the case is related to *Plata et al. v. Newsom et al.*, 01-cv-01351-JST.

　　**IT IS SO ORDERED.**

Dated: October 22, 2020

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　　United States District Judge